5:13-cv-13185-JEL-DRG   Doc # 2   Filed 07/24/13   Pg 1 of 3   Pg ID 154

MIED (Rev. 8/08) Application to Proceed *In Forma Pauperis* - Habeas Petitions, 2255 Motions and Nonprisoner Civil Cases

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WALTER BARRY, by his next firiend, ELAINE
BARRY, et al

        Plaintiff(s),              Case No.

v.                                        Judge

MAURA CORRIGAN, in her official capacity as    Magistrate Judge
DIRECTOR, MI DEPT OF HUMAN SVCS

        Defendant(s).
_____/

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

For use by incarcerated applicants filing habeas petitions <u>or</u> appeals from the denial or dismissal of habeas petitions or motions under 28 U.S.C. § 2255 <u>and</u> nonprisoners filing civil cases or appeals.

### THIS APPLICATION IS FOR (check one):

| **Habeas Action** | **Motion Under 28 U.S.C. § 2255** | **Nonprisoner Action** |
|---|---|---|
| New Case ☐ | Appeal ☐ | New Case ☑ |
| Appeal ☐ | | Appeal ☐ |

I, <u>WALTER BARRY by my next frend (mother) ELAINE BARRY</u> declare that I am the:

petitioner/plaintiff/appellant ☑    other ☐

in the above-entitled proceeding. In support of my request to proceed *in forma pauperis* under 28 U.S.C. § 1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought. In support of this application, I have provided answers to the following questions.

1.    Are you employed?        Yes ☐    No ☑

If your answer is yes, state the amount of your monthly pay and provide the name and address of your employer.

Salary: _____
Name of Employer: _____
Employer's Address: _____
_____

2.    In the last 12 months, have you received money from any of the following sources?

    a.    Business, profession or other self-employment    Yes ☐    No ☑
    b.    Rent payments, interest or dividends    Yes ☐    No ☑
    c.    Pensions, annuities or life insurance payments    Yes ☐    No ☑
    d.    Gifts or inheritances    Yes ☐    No ☑
    e.    Other sources    Yes ☑    No ☐

5:13-cv-13185-JEL-DRG Doc # 2 Filed 07/24/13 Pg 2 of 3 Pg ID 155

MIED (Rev. 8/08) Application to Proceed *In Forma Pauperis* - Habeas Petitions, 2255 Motions and Nonprisoner Civil Cases

If you answered yes to any of these questions, state the source of the money and the amount that you received.

Source: Supplemetal Security Income (SSI)

Amount: $710 per month

3. Do you have any money in a:

   a. Prison or jail account — Yes ☐ No ☑
   b. Checking account — Yes ☐ No ☑
   c. Savings account — Yes ☐ No ☑

   If you answered yes, state the total amount. Amount: _____

4. Do you own or have any interest in real estate, stocks, bonds, notes, vehicles, or other valuable property or assets (excluding ordinary household furnishings and clothing)? Yes ☐ No ☑

   If you answered yes, describe the property and state its approximate value.

   Property description: _____ Value: _____
   Property description: _____ Value: _____

5. List the people who are dependent on you for support, state your relationship to each person and how much you contribute to their support.

   Relationship: _____ Amount: _____
   Relationship: _____ Amount: _____
   Relationship: _____ Amount: _____
   Relationship: _____ Amount: _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Date: July 22, 2013

Signature of Applicant and Prisoner No. if applicable

335 Eastlawn St.
Address (including name of Institution)

Detroit, MI 48215
City, State, Zip Code

(313) 331-8073
Telephone Number

---

**REQUEST FOR SERVICE BY U.S. MARSHAL**

For use only by nonprisoners filing new civil cases.

If my application to proceed *In Forma Pauperis* is granted:

a. I request service of the summons and complaint by a U.S. Marshal. Yes ☐ No ☑

Date: _____  _____
Signature of Applicant

MIED (Rev. 8/08) Application to Proceed *In Forma Pauperis* - Habeas Petitions, 2255 Motions and Nonprisoner Civil Cases

## CERTIFICATE

**This section only applies to incarcerated applicants filing habeas petitions <u>or</u> appeals from the denial or dismissal of habeas petitions or motions under 28 U.S.C. § 2255.** (To be completed by an authorized prison official.)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____.

I further certify that the applicant has the following securities to his/her credit at this institution:

_____

_____

_____.

Date: _____   _____
Signature and Title of Authorized Official

_____
Name of Institution

MIED (Rev. 8/08) Application to Proceed *In Forma Pauperis* - Habeas Petitions, 2255 Motions and Nonprisoner Civil Cases